**Mary A. OBERT, Respondent,**

v.

**Bradley DAHL, petitioner, Appellant.**

No. C3–97–1023.

Supreme Court of Minnesota.

Jan. 28, 1999.

Larry Neilson, Rooney & Neilson, Ltd., Arden Hills, for respondent.

OPINION

PAGE, Justice.

The legal issue presented in this case is identical to the legal issue presented in *In re Estate of Palmen,* —— N.W.2d ——, —— (Minn. Jan. 28, 1998). Based on our reasoning in *Palmen* the decision of the court of appeals is affirmed.

Affirmed.